JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA SETTERBERG, an individual; RAUL SANCHEZ, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; KENNETH BORBON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:22-cv-00603-JAK (SSCx)<br><br>**JUDGMENT**<br><br>**[JS-6: CASE CLOSED]** |

Pursuant to the June 10, 2026 jury verdict, which determined that Kenneth Borbon deprived Plaintiffs of their rights to a familial relationship with Adrian Sanchez under the Fourteenth Amendment, and the August 26, 2026 Order Denying Defendant Kenneth Borbon's Motion for Judgment as a Matter of Law against Plaintiffs Tina Setterberg and Raul Sanchez, Jr., it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the First Amended Complaint filed on October 3, 2022.
2. On June 10, 2026, following a jury trial, the jury returned a Special Verdict that awarded the following damages against Defendant Kenneth Borbon:

   Past loss of non-economic damages to:

   | | |
   |---|---|
   | Tina Setterberg | $1,910,000 |
   | Raul Sanchez | $1,540,000 |

   Future loss of non-economic damages to:

   | | |
   |---|---|
   | Tina Setterberg | $3,680,000 |
   | Raul Sanchez | $2,900,000 |

3. Accordingly, Kenneth Borbon shall pay a total of $5,590,000 in damages to Tina Setterberg, and a total of $4,440,000 in damages to Raul Sanchez, Jr. Collectively, these damages total $10,030,000;
4. Interest shall be calculated from the date of the entry of judgment at the rate specified by 28 U.S.C. § 1961; and Plaintiffs may seek post-judgment remedies, including a request for reasonable attorney's fees and costs, as provided in Fed. R. Civ. P. 54(d) and Local Rule 54.

**IT IS SO ORDERED.**

Dated: September 15, 2026

John A. Kronstadt
United States District Judge